B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## District of Puerto Rico

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): JUNCO STEEL CORPORATION | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): EIN: 66-0265104 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): CALLE A #155 URBANIZACION INDUSTRIAL MINILLAS BAYAMON, PR  ZIPCODE 00960 | Street Address of Joint Debtor (No. and Street, City, and State) ZIPCODE |
| County of Residence or of the Principal Place of Business: Bayamon | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): PO BOX 364682 SAN JUAN, PR  ZIPCODE 00936-4682 | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other  STEEL

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:  Chapter 11 Debtors**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| Voluntary Petition <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> JUNCO STEEL CORPORATION | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10) — Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>JUNCO STEEL CORPORATION |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)

CARMEN D. CONDE TORRES 207312
Printed Name of Attorney for Debtor(s)

C. CONDE & ASSOCIATES
Firm Name

254 SAN JOSE STREET
Address

SUITE 5c - SAN JUAN, PR 00901-1523

787-729-2900
Telephone Number

FEBRUARY 2, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

MIGUEL TORREGROSA FUERTES
Printed Name of Authorized Individual

GENERAL MANAGER
Title of Authorized Individual

FEBRUARY 2, 2011
Date

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B203
12/94

# United States Bankruptcy Court
### District of Puerto Rico

In re  JUNCO STEEL CORPORATION

Case No. _____

Chapter ____11____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

   For legal services, I have agreed to accept ............................................................. $ __0.00__

   Prior to the filing of this statement I have received .................................................. $ __25,000.00__ (retainer)

   Balance Due ......................................................................................................... $ __0.00__

2. The source of compensation paid to me was:

   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   In the case of Carmen D. Conde Torres, Esq, (Senior Attorney), a rate of $300.00 per hour plus any costs and expenses;
   In the case of Associates, a rate of $ 275.00 per hour plus any costs and expenses;
   In the case of Junior Attorney, a rate of $250.00 per hour plus any costs and expenses;
   In the case of legal assistance such as paralegal or in house special clerical services and/or accounting analyst, a rate of $100.00 per hour plus any costs and expenses

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

__FEBRUARY 2, 2011__
Date

_[signature]_
Signature of Attorney

C. CONDE & ASSOCIATES
Name of law firm

## CORPORATE RESOLUTION

I, Miguel Torregrosa Fuertes, of legal age, married, Secretary of Junco Steel Corporation, and resident of San Juan, Puerto Rico DO HEREBY CERTIFY that:

1. At a meeting celebrated on February 2, 2011, the Board of Directors of Junco Steel Corporation, agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3. That at the meeting of shareholders celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.

4. That it was also agreed that the services of Attorney Carmen D. Conde Torres would be retained for such purposes.

5. That it was also agreed that Miguel Torregrosa Fuertes, will be the person authorized to signed the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the 2nd day of February, 2011.

JUNCO STEEL CORPORATION

By: _____
Miguel Torregrosa Fuertes, Secretary

Affidavit No. 538

Sworn and signed before me by Miguel Torregrosa Fuertes of legal age, married, Secretary of Junco Steel Corporation and from the vicinity of San Juan, Puerto Rico, who is personally known to me.

Today 2nd day of February, 2011 at San Juan, Puerto Rico.

_____
Notary Public

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re  JUNCO STEEL CORPORATION,
Debtor

Case No. _____

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR<br>00936-2708 | | | | 6,115,790.36<br>Collateral FMV<br>0.00 |
| PLATT METAL MFG INC<br>PO BOX 66<br>CATANO, PR<br>00963-0066 | | | | 1,211,376.52 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| STC-INTERMESA TRADING CO 5555 TRIANGLE PARKWAY SUITE 340 NORCROSS GA 30092 | | | | 432,171.25 |
| TRANSPACIFIC STEEL LLC 3408 SHINOAK DRIVE AUSTIN TX 78731 | | | | 189,170.18 |
| INFRA-METALS CO PO BOX 409828 ATLANTA, GA 30384-9828 | | | | 93,428.40 |
| MACSTEEL SERVICE CENTER PR INC | | | | 72,443.62 |
| MCMASTER-CARR SUPPLY CORP PO BOX 7690 CHICAGO IL 60680-7690 | | | | 72,443.62 |
| RICARDO ALVAREZ PO BOX 270194 SAN JUAN, PR 00927-0194 | | | | 41,856.95 |
| CAROLINA BUILDING MATERIALS PO BOX 3570 CAROLINA, PR 00984-3570 | | | | 34,998.76 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| STRUCTURAL STEEL WORK INC PO BOX 2828 BAYAMON, PR 00960-2828 | | | | 21,565.00 |
| ESCO MFG PO BOX 2331 TOA BAJA, PR 00951 | | | | 17,572.03 |
| RAFAEL J. NIDO INC PO BOX 11978 CAPARRA HEIGHTS GUAYNABO, PR 00968 | | | | 10,206.97 |
| ACEROS DE AMERICA INC GPO BOX 363273 SAN JUAN, PR 00936-3273 | | | | 9,376.03 |
| LANCO MFG CORPORATION URB APONTE #5 SAN LORENZO, PR 00754 | | | | 9,239.75 |
| SAN NICOLAS INC. CAROLINA 514 ESQ. FRANCIA HATO REY, PR 00917 | | | | 7,350.05 |
| MADERERA DON ESTEVEZ | | | | 6,244.80 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CENTURY METALS AND SUPPLIES DE LA CERAMICA IND PARK LOTE 5-1 CALLE GILDITA CAROLINA, PR 00983 | | | | 6,098.52 |
| IIA FINANCE CORPORATION | | | | 5,980.00 |
| COUTINHO & FERROSTAAL INC 24324 NETWORK PLACE CHICAGO IL 60673-1324 | | | | 5,732.18 |
| NU-VUE INDUSTRIES OF PR INC PO BOX 10087 CAPARRA STATION CAPARRA PR 00922 | | | | 5,511.82 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   FEBRUARY 2, 2011

Signature

MIGUEL TORREGROSA FUERTES,
GENERAL MANAGER

ABS BEARINGS


ACEROS DE AMERICA INC
GPO BOX 363273
SAN JUAN PR 00936-3273


ALUMINIUM METAL SERVICES CORP
PO BOX 29442
SAN JUAN PR 00929-0442


ANA MARIA JUNCO MULET
CALLE 1 A-16
URB PARQUES DE SAN IGNACIO
RIO PIEDRAS PR 00921


ASOC DE CONTRATISTAS GENERALES
CALLE PERSEO 501
OFICINA 211
SAN JUAN PR 00920


AXESA SERVICIOS DE INFORMACION
PO BOX 70373
SAN JUAN PR 00936-8373


BANCO POPULAR DE PR
PO BOX 3622708
SAN JUAN PR 00936-2708


BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN PR 00936-2708


BUFETE MARIO M ORONOZ
METRO OFFICE PARK 308
LOTE 8 CALLE 1
GUAYNABO PR

CARIBBEAN SUPPLIES AND PACKAGING
HC 5 BOX 7375
GUAYNABO   PR   0971-9594


CAROLINA BUILDING MATERIALS
PO BOX  3570
CAROLINA PR  00984-3570


CENTURY METALS AND SUPPLIES
DE LA CERAMICA IND PARK
LOTE 5-1 CALLE GILDITA
CAROLINA PR    00983


CESAR A MATOS BONET
PO BOX 362677
SAN JUAN   PR   00936-2677


CIB CORPORATION
PO BOX 364086
SAN JUAN   PR  00936-4086


CLARO


CONSOLIDATED WASTE SERVICE CORP
PO BOX 1322
GURABO   PR    00778


CORREA TIRE DISTRIBUTORS
PO BOX  850
VEGA ALTA    PR     00692


COUTINHO   FERROSTAAL INC
24324 NETWORK PLACE
CHICAGO   IL   60673-1324


DEL VALLE RODRIGUEZ LAW OFFICE
PO BOX 10590
SAN JUAN   PR  00922-0590

DOCUMENT COMPANY
MSC 848 WINSTON CHURCHILL 138
SAN JUAN   PR   00926-6023


ESCO MFG
PO BOX  2331
TOA BAJA   PR   00951


HEAVY PART CENTER INC


HYDRAULIC SUPPLY COMPONENTS


IIA FINANCE CORPORATION


INDUSTRIAL FITTING  VALVES
PO BOX 2329
TOA BAJA   PR   00951-2329


INFRA-METALS CO
PO BOX   409828
ATLANTA   GA   30384-9828


JUVAL TRADING INC
GPO BOX 245
SAN JUAN   PR   00936-0245


LA CASA DEL CAMIONERO
GPO BOX 3543
SAN JUAN   PR   00936-3543


LANCO MFG CORPORATION
URB APONTE 5
SAN LORENZO   PR   00754

```
LIFT TRUCK PARTS INC
PO BOX 6779
CAGUAS PR    00726-6779


LM WASTE SERVICE CORP
PO BOX 300
MECEDITA PR  00715-0300


MACSTEEL SERVICE CENTER PR INC



MADERERA DON ESTEVEZ


MANUEL NUNEZ
PMB 157
1357 ASHFORD AVE  SUITE 2
SAN JUAN  PR  00907-1420


MCMASTER-CARR SUPPLY CORP
PO BOX  7690
CHICAGO  IL  60680-7690


MENACO CORPORATION
PO BOX 70183
SAN JUAN  PR  00936-8183


MIGUEL TORREGROSA FUERTES
CALLE 1  A-16
URB PARQUES DE SAN IGNACIO
RIO PIEDRAS  PR   00921


MORE STEEL  ALUMINIUM PRODUCTS INC
PO BOX 9887
CAROLINA  PR  00988-9887


NU-VUE INDUSTRIES OF PR INC
PO BOX 10087
CAPARRA STATION
CAPARRA  PR   00922
```

PLATT METAL MFG INC
PO BOX 66
CATANO PR 00963-0066

RAFAEL J NIDO INC
PO BOX 11978
CAPARRA HEIGHTS
GUAYNABO PR 00968

RICARDO ALVAREZ
PO BOX 270194
SAN JUAN PR 00927-0194

ROGER ELECTRIC CO INC
PO BOX 3166
BAYAMON PR 00960-3166

SAN NICOLAS INC
CAROLINA 514
ESQ FRANCIA
HATO REY PR 00917

SERVIMETAL INC
PO BOX 9147
CAGUAS PR 00726-0947

SHEEL LAS AMERICAS
URB VILLAS DEL SOL
CALLE A-3
JUANA DIAZ PR 00795

STC-INTERMESA TRADING CO
5555 TRIANGLE PARKWAY
SUITE 340
NORCROSS GA 30092

STRUCTURAL STEEL WORK INC
PO BOX 2828
BAYAMON PR 00960-2828

```
SUPER AUTOMOTIVE PRODUCT INC
PO BOX 70250 SUITE 107
SAN JUAN   PR    00936-8250


THE GRAPHICS GROUP INC
PO BOX 51411
TOA BAJA   PR   00950-1411


TRANSPACIFIC STEEL LLC
3408 SHINOAK DRIVE
AUSTIN   TX   78731


TRIPLE-S SALUD INC
PO BOX  71548
SAN JUAN   PR   00936-8648


UNIVERSAL STEEL TRADING CORP



VIDICO


WASTE MANAGEMENT DE PR
PO BOX  594
CAGUAS PR  00726-0594


WINTER EAGLE INC
PO BOX 4108
CAROLINA PR   00984


XEROX CORPORATION
PO BOX 650361
DALLAS   TX   75265-0361
```

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re  JUNCO STEEL CORPORATION ,
　　　　　　　　　Debtor

Case No. _____

Chapter  11

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 6 pages, is true, correct and complete to the best of my knowledge.

Date  FEBRUARY 2, 2011

Signature  _____
MIGUEL TORREGROSA FUERTES,
GENERAL MANAGER

CARMEN D.
CONDE TORRES
C. CONDE & ASSOCIATES
254 SAN JOSE STREET
SUITE 5
SAN JUAN, PR 00901-1523
787-729-2900
787-729-2203