## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>**JUNCO STEEL CORPORATION**<br><br>     **Debtor** | **CASE NO. 11-00827**<br><br>**CHAPTER 11** |

## AMENDED MOTION IN COMPLIANCE WITH LBR 4002-1(d) AND MOTION UNDER LBR 9013-1 TO DESIGNATE DEBTOR'S GENERAL MANAGER AND SECRETARY TO ACT ON BEHALF OF DEBTOR

**TO THE HONORABLE COURT:**

**COMES NOW**, JUNCO STEEL CORPORATION, Debtor herein, through the undersigned attorney, and very respectfully **STATES** and **PRAYS**:

1.  On February 2, 2011, Junco Steel Corporation filed its bankruptcy petition under the provisions of Chapter 11 of the U.S. Bankruptcy Code.

2.  PR LBR 4002-1(d) requires that the Debtor inform the name, title and address of the person who will act on behalf the Debtor in the above captioned case. Unless this person is the Debtor's president or CEO, Local Rule 4002 requires relief from the Court.

3.  The Debtor respectfully requests that its Secretary and General Manager, Mr. Miguel Torregrosa Fuertes, be the person to represent it before examinations, meetings, and hearings.  The Debtor makes this request because Mr. Torregrosa is both an officer, holding the position of Secretary, and because as General Manager Mr. Torregrosa Fuertes is responsible for managing the

Debtor's day to day operations.

4.      Accordingly, in compliance with the requirements of LBR 4002-1(d), the

Debtor herein informs this Honorable Court the following:

a.      The person to act on behalf the debtor is its Secretary and General

Manager, Mr. Miguel Torregrosa Fuertes.

b.      His postal address is: PO Box 270023, San Juan, PR 00928-2823.

WHEREFORE, the debtor herein respectfully requests this Honorable Court to take

notice of its compliance with the requirements of PR LBR 4002-1(d) and the Debtor requests

that this Court allow its Secretary and General Manager, Miguel Torregrosa Fuertes, to be

designated as the natural person to represent the Debtor before required examinations,

meetings, and hearings.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 4th day of February, 2011.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System, which will send notification of such filing

to the participants appearing in said record including the US Trustee as listed below.

**C. CONDE & ASSOC.**

*/S/Carmen D. Conde Torres*

Carmen D. Conde Torres, Esq.

(USDC No. 207312)

254 San José Street, 5th Floor

Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900

Facsimile: 787-729-2203

E-Mail: *condecarmen@microjuris.com*

## **NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. If a timely response to the application is filed, the Court may – in its discretion – schedule a hearing.

JOSE RAUL CANCIO BIGAS     jraulcancio@ccsllp.com, lmercado@ccsllp.com;usdc_notices@ccsllp.com

MONSITA LECAROZ ARRIBAS     ustpregion21.hr.ecf@usdoj.gov

ILEANA OLIVER FALERO     ioliver@ccsllp.com, lmercado@ccsllp.com;usdc_notices@ccsllp.com