IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>JUNCO STEEL CORPORATION<br><br>Debtor | CASE NO. 11-00827 (BKT)<br><br>CHAPTER 11 |

## MOTION TO SUBMIT SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AMENDED TWENTY LARGEST UNSECURED CREDITORS AND AMENDED MASTER ADDRESS LIST

TO THE HONORABLE COURT:

COME NOW, Junco Steel Corporation, Debtor herein, through its undersigned attorney, and very respectfully STATES and PRAYS:

1. On February 2nd, 2011, Junco Steel Corporation, filed its bankruptcy petition under the provisions of Chapter 11 of the U.S. Bankruptcy Code.

2. Debtor hereby submits the following documents:

    A.  List of Schedules

    B.  Statement of Financial Affairs

    C.  Amended Twenty Largest Unsecured Creditors

    D.  Amended Master Address List

**WHEREFORE**, Debtor herein respectfully requests this Honorable Court to take notice of the above stated.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 15th of February, 2011.

2

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice, including the U.S. Trustee.

JOSE RAUL CANCIO BIGASjraulcancio@ccsllp.com ,
lmercado@ccsllp.com;usdc_notices@ccsllp.com
MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov
ILEANA OLIVER FALERO ioliver@ccsllp.com,
lmercado@ccsllp.com;usdc_notices@ccsllp.com

          **C. CONDE & ASSOC.**
          /S/Carmen D. Conde Torres
          Carmen D. Conde Torres, Esq.
          (USDC No. 207312)
          254 San José Street, 5th Floor
          Old San Juan, Puerto Rico 00901
          Telephone: 787-729-2900
          Facsimile: 787-729-2203
          E-Mail: *condecarmen@microjuris.com*